IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MARLENE MANLING HSIEH,

          Plaintiff,

          Case No. 3:20-cv-01758-MO

v.

MULTNOMAH COUNTY
DEPARTMENT OF COMMUNITY
SERVICES, MULTNOMAH COUNTY
ANIMAL SERVICES, CHRISTIAN
HOLDEN, *Animal Control Officer II
Multnomah County Animal Services*,
JEANETTE FARRELL, *Field Service
Supervisor Multnomah County Animal
Services*, JACKIE ROSE, *Director of
Multnomah County Animal Services at the
time*, KIM PEOPLES, *Director of
Multnomah County Department of Community
Services at the time*,

          OPINION AND ORDER

          Defendants.

MOSMAN, J.,

      On January 5, 2021 this Court, applying the doctrine of *Younger* abstention, STAYED Marlene Mangling Hsieh's 42 U.S.C. § 1983 action for monetary damages pending resolution of her appeal for her conviction for animal abuse before the Oregon Court of Appeals. [ECF 18]. On September 9, 2021 the Court of Appeals issued its opinion affirming the trial court's decision. [ECF 28] Ex. 1. The Court of Appeals found no violation of Ms. Hseih's Fourth Amendment rights because the exigent circumstances exception to the Fourth Amendment

1 - OPINION AND ORDER

applied. [ECF 28] Ex. 1 at 16–17. Now that the state court has ruled, a stay is no longer proper under *Younger* abstention. *See Arevalo v. Hennessy*, 882 F.3d 763, 765 (9th Cir. 2018) (internal citations omitted). Because the Court of Appeals found that Ms. Hsieh's Fourth Amendment rights were not violated, she no longer has a claim for $8.8 million in damages under § 1983.

Therefore, I DISMISS the complaint with prejudice.

DATED this 19th day of October, 2021.

MICHAEL W. MOSMAN
United States District Judge

2 - OPINION AND ORDER